LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY: MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A.

Hearing Date: **July 14, 2026 at
11:00 am**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Denese F. Schunk aka<br>    Denese F. Defelice<br><br>        Debtor(s) | Chapter 13 Proceeding<br><br>25-13829-AMC |

### MOTION OF CITIZENS BANK, N.A. FOR RELIEF OF FROM THE AUTOMATIC STAY

AND NOW, comes secured Creditor, Citizens Bank, N.A. (Movant) by and through its counsel, Mary F. Kennedy, and files this Motion to obtain an order for Relief from the Automatic Stay due to debtor(s) failure to provide Movant with adequate protection of its interest in the property which is the basis of the creditor's security.

1. On or about September 22, 2025, Debtor(s) filed a Chapter 13 Bankruptcy Petition.

2. On December 2, 2022, the debtor executed a Mortgage and Note to Citizens Bank, N.A. in the amount of $149,500.00 and secured by the property located at 6244 Marsden Street, Philadelphia, PA 19135, referred to as the "property." The mortgage was recorded on December 28, 2022 in the Philadelphia County Recorder of Deeds Office at Doc id: 54135177.  (See Exhibit "A" attached).

3. The debtor is presently in arrears post petition for three (3)  months, April 6, 2026 through June 6, 2026. The total arrears including $1,549.00 for attorney fees and costs is $4,098.88.

4. Movant wishes to have the automatic stay terminated to permit Movant to complete foreclosure on its mortgage.

5. Pursuant to 11 U.S.C.A. section 362 (d) (1), cause exists to grant Movant relief from the stay.

{01060443}

WHEREFORE, Movant respectfully requests this Honorable Court ORDER:

That Relief from the Automatic Stay be granted to Citizens Bank, N.A. to proceed with foreclosure action to obtain all other Relief available under Non-Bankruptcy Law. That the relief granted by the Court will survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. And that bankruptcy Rule 4001(a)(4) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law. Furthermore, Movant respectfully requests that reasonable attorney fees and costs associated with this Motion be awarded to Movant.

RESPECTFULLY SUBMITTED,


/s/ MARY F. KENNEDY, ESQ.

Dated: June 15, 2026


{01060443}