**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| | : | **Bankruptcy No. 25- 13829 AMC** |
| | : | |
| **DENESE F. SCHUNK** | : | |
| | : | |
| **Debtor** | : | |

**CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)**

**AND NOW**, this ________ day of _______________, 2026, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

**ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of the debtor receiving a Chapter 7 Discharge within the last 4-year period preceding the date of the filing of the instant case, the Court shall not grant a Discharge in the instant case. (See 25-10095 AMC)

Date: 9/13/2026

Denese F. Schunk.
Debtor

Brad J. Sadek, Esquire
Attorney for Debtor

______________________________
Debtor

10-27-26
______________________________
Jack K. Miller, Esquire
for Kenneth E. West, Esquire
Chapter 13 Standing Trustee

BY THE COURT

Date: Oct. 30, 2026

______________________________
HON. ASHELY M. CHAN
CHIEF BANKRUTPCY JUDGE